THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| APRYL MARIE FOGEL,<br><br>    Plaintiff,<br><br>v.<br><br>THE NATIONAL RIFLE ASSOCIATION<br>OF AMERICA, INC.,<br><br>    Defendant. | Case No.: 1:24-cv-01579-RDA-WBP |

**ORDER**

This matter came before the Court on the Parties' Joint Motion for Extension of Time to Complete Settlement. After due consideration of the Motion, a review of the record in this matter, and with good cause being found, being fully advised, it is this 8th day of November, 2024, by the United States District Court for the Eastern District of Virginia, hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for Defendant to respond to Plaintiff's Complaint is extended to Friday, November 22, 2024.

**SO ORDERED:**

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge