IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| APRYL FOGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-01579 (RDA/WBP) |
| | ) | |
| THE NATIONAL RIFLE ASSOCIATION | ) | |
| OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Defendant's Consent Motion for Extension of Time to File Responsive Pleading. ("Motion"; ECF No. 5.) Based on the parties' agreement, a showing of good cause, and because it is otherwise proper to do so, it is hereby

ORDERED that Defendant is granted leave to respond to Plaintiff's Complaint on or before December 6, 2024. No further continuances will be granted.

Entered this 25th day of November 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia